UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JACOB JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Respondent. | No. 2:18-cv-1604 TLN AC P<br><br><br><br>ORDER |

By order filed August 9, 2018, the court provided petitioner with a courtesy copy of the first 25 pages of his petition and advised him that he would have to pay for copies of the remaining 149 pages. ECF No. 5. Petitioner has submitted a request for the court to complete a withdrawal slip so that he can obtain copies of the remainder of his petition. ECF No. 7. The court will not complete the withdrawal slip, but will provide petitioner with the information he needs to complete the form himself. Petitioner will need to have a check for $14.90 sent to the court.[1] The check should be addressed to "Clerk, USDC" and mailed to 501 I Street, #4-200, Sacramento, CA 95814. Under the "Purpose" portion of the withdrawal slip, petitioner should state that it is for copies of pages 26-174 of the petition (ECF No. 1) in Johnson v. Martel, No. 2:28-cv-1604 TLN AC P, and he should ask the CDCR to include that information on or with the

---

[1] The previous order incorrectly cited the cost for copies at $0.50 per page.

1

check or include a copy of this order with the check.  When petitioner submits his withdrawal slip, he should include a copy of this order so that the officer processing the request understands what information petitioner's check needs to include.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for the court to complete his withdrawal slip is denied.  If petitioner seeks copies, he should complete the withdrawal slip using the information provided above.

DATED: September 17, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE